HIRAM COOK, RESPONDENT, *v.* DEMON S. DECKER, APPELLANT.

APPEAL from an order of the County Court.

The principal point involved in this appeal was, whether or not the fourth count in the answer constituted a counter-claim. The General Term held that it did not, but was merely a plea of accord and payment *pro tanto* of the claim set forth in the complaint.

Opinion per Curiam.

Present — BOCKES, LANDON and COUNTRYMAN, JJ.

Order reversed and motion denied, with ten dollars costs.

———

GEORGE CHAFFEE, RESPONDENT, *v.* MEDAD T. MORSS, APPELLANT.

APPEAL from a judgment in favor of the plaintiff, entered upon the verdict of a jury.

The General Term held that the evidence given upon the trial was conflicting, and that the verdict of the jury could not be disturbed.

*J. L. Stewart*, for the appellant.

*T. F. Bush*, for the respondent.

Opinion by BOCKES, J.

Present — MILLER, P. J., BOCKES and BOARDMAN, JJ.

Judgment affirmed.